UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| MARGARET KATHLEEN NICKERSON-MALPHER, <br><br> Plaintiff <br><br> v. <br><br> STATE OF MAINE *d/b/a* Maine, a corporation, <br><br> Defendant | Civil No. 10-329-B-H |

**ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the court on August 30, 2010, with a copy to the plaintiff, his Orders and Recommended Decision. The plaintiff filed her objection to the Order dismissing the individual defendants and to the Recommended Decision on September 13, 2010. I have reviewed and considered the Order and the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Order and the Recommended Decision; and I concur with the ruling and recommendations of the United States Magistrate Judge for the reasons set forth in the Order and the Recommended Decision, and determine that no further proceeding is necessary.

The Magistrate Judge's Order dismissing the individual defendants is **Affirmed**.

It is further **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. This matter is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(b)(ii).

**SO ORDERED.**

**DATED THIS 16TH DAY OF SEPTEMBER, 2010**

/s/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**